

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 028 MISC VRW

Alan Weatherfor Courtney - #93703

_____/

### ORDER TO SHOW CAUSE

It appearing that Alan Weatherfor Courtney has been suspended following a criminal conviction on December 1, 2008 by the State Bar Court until further order of the court.

**IT IS ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:



VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Alan Weatherfor Courtney
Law Office of Alan W. Courtney
P.O. Box 338
Creston, CA 93432