FILED

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-09-80028 MISC VRW |
| Alan Weatherfor Courtney, | |
| State Bar No 93703 | ORDER |

On February 23, 2009, the court issued an order to show cause (OSC) why Alan Weatherfor Courtney should not be removed from the roll of attorneys authorized to practice law before this court, based upon a suspension by the State Bar of California following a criminal conviction, effective December 1, 2008.

The OSC was mailed to Mr Courtney's address of record with the State Bar. No response to the OSC has been filed.

The court now orders Alan Weatherfor Courtney removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Alan Weatherfor Courtney,

       Plaintiff,

_____/

Case Number: CV09-80028 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Weatherfor Courtney
Law Office of Alan W Courtney
P.O. Box 338
Creston, CA 93432

Dated: April 8, 2009

                              Richard W. Wieking, Clerk
                              By: Cora Klein, Deputy Clerk